**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-16952-ELF |
| | § | |
| LEONARD DEWOOLFSON | § | |
| EMMA DEWOOLFSON | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/08/2011. The undersigned trustee was appointed on 09/09/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $65,438.88

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $102.72 |
    | Bank service fees | $1,055.83 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $6,500.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $57,780.33 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/30/2012 and the deadline for filing government claims was 04/30/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,196.94. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,196.94, for a total compensation of $6,196.94[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $253.66, for total expenses of $253.66.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/17/2013         By:   /s/ Gary F. Seitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 11-16952-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | Date Filed (f) or Converted (c): | 09/08/2011 (f) |
| For the Period Ending: | 9/17/2013 | §341(a) Meeting Date: | 10/13/2011 |
| | | Claims Bar Date: | 04/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | LIQUIDATED DEBTS OWING DEBTOR- Note secured Mort (u) | $104,283.44 | $84,283.44 | | $62,000.00 | FA |
| Asset Notes: | Sale of Unscheduled note secured in mortgage in sale of business and real estate. See Order DI 92 approving Ex A to Motion DI 88-2. | | | | | |
| 2 | REAL PROPERTY | $27,300.00 | $27,300.00 | | $0.00 | FA |
| Asset Notes: | Family Home | | | | | |
| 3 | BANK ACCOUNTS | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | Police and Fire Federal Credit Union | | | | | |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | $1,250.00 | $1,410.00 | | $0.00 | FA |
| 5 | WEARING APPAREL | $300.00 | $300.00 | | $0.00 | FA |
| Asset Notes: | Everyday Wearing Apparel | | | | | |
| 6 | FURS AND JEWELRY | $250.00 | $250.00 | | $0.00 | FA |
| Asset Notes: | Jewelry (Gifts) | | | | | |
| 7 | INTERESTS IN INSURANCE POLICIES | $5,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Life Insurance Policy | | | | | |
| 8 | OTHER PERSONAL PROPERTY NOT LISTED ABOVE-U-Note Payments (u) | $859.75 | $80,000.00 | | $3,438.88 | FA |
| Asset Notes: | Monthly Payments on Note secured with morgage w/ Michael Rossetti 182, E Bristol Rd, Ivyland, PA 18974-2312 - | | | | | |
| 9 | AUTOMOBILES AND OTHER VEHICLES | $24,784.97 | $24,784.97 | | $0.00 | FA |
| Asset Notes: | 2007 Chrysler Pacifica | | | | | |
| 10 | OTHER PERSONAL PROPERTY NOT LISTED ABOVE | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Cat | | | | | |
| 11 | OTHER PERSONAL PROPERTY NOT LISTED ABOVE | $1,821.60 | $1,821.60 | | $0.00 | FA |
| Asset Notes: | Common Stock w/ Prudential | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$166,349.76    $225,650.01    $65,438.88    $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 11-16952-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | Date Filed (f) or Converted (c): | 09/08/2011 (f) |
| For the Period Ending: | 9/17/2013 | §341(a) Meeting Date: | 10/13/2011 |
| | | Claims Bar Date: | 04/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

3/30/2013 Work on Trustee's Final Report : Request Clerk's Certificate of Costs create claim for any costs owed- Claims review: allowed as filed, agreed, or ordered amount - Review priorities assigned to the claims consistent with POC and correct - Determine final distribution amounts for admin, unsecd claims register and compare to claims tab - Check court docket for orders approving claims and update claims in tab - Review professionals final fee applications - Determine whether final tax return required, filed and taxes paid - Update asset status and links in form 1 - Update banking status and links in form 2 - all assets been listed, accounted for, liquidated or abandoned-Review docket:-have all adversaries been closed,have all contested matters been resolved, have all applications been resolved. Change ETFR to 6/30/2013.

12/30/12 Start work on clams review and final report.

9/30/12 Set up closing on sale of note and mtge.

6-30-12 Moving to compel debtor to cooperate, object to exemption and defend debtor motion to compel turnover - settlement negotiations underway; continue to collect installments on note and market note for sale.

4/30/12 Objection to debtor's claim of exemption pending; collecting monthly payment on note; market note for sale

1/25/2012 Change to asset case: file notice of change to asset case and request to set bar date, import assets, verify description and values from schedules. Collect payments on note/mortgage to pay creditors - Michael Rossetti and Jacqueline Rossetti Mortgagees at 7370 James Street Phila. Pa. Have profssionals prepare final fee applciations. Request certificate of costs from Clerk and review claims.

| Initial Projected Date Of Final Report (TFR): | 12/30/2014 | Current Projected Date Of Final Report (TFR): | 09/30/2013 | /s/ GARY F. SEITZ |
|---|---|---|---|---|
| | | | | GARY F. SEITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-16952-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5913 | Checking Acct #: | ******5466 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 9/8/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2012 | (8) | Michael F. Rossetti and Jacqueline Rossetti | Mortgage payment - March | 1229-000 | $859.72 | | $859.72 |
| 04/11/2012 | (8) | Michael F. Rossetti and Jacqueline A. Rossetti | mortgage due 4/1/12 | 1229-000 | $859.72 | | $1,719.44 |
| 04/30/2012 | (8) | Michael F. Rossetti and Jacqueline A. Rossetti | Mortgage payment due 5/1/12 | 1229-000 | $859.72 | | $2,579.16 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $2,554.16 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $2,529.16 |
| 06/28/2012 | (8) | Michael and Jacqueline Rossetti | NOTE PROCEEDS June payment | 1229-000 | $859.72 | | $3,388.88 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,363.88 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,338.88 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,313.88 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,288.88 |
| 10/02/2012 | (1) | Michael F. Rossetti and Jacqueline Rossetti | Sale of 7370 James Street, Philadelphia, PA | 1121-000 | $62,000.00 | | $65,288.88 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $125.99 | $65,162.89 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $133.53 | $65,029.36 |
| 12/06/2012 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********1088    ****1206 | 9999-000 | | $65,029.36 | $0.00 |
| | | | | **SUBTOTALS** | $65,438.88 | $65,438.88 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-16952-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5913 | | Checking Acct #: | ******5466 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 9/8/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $65,438.88 | $65,438.88 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $65,029.36 | |
| | | | **Subtotal** | | $65,438.88 | $409.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $65,438.88 | $409.52 | |

| For the period of 9/8/2011 to 9/17/2013 | | For the entire history of the account between 03/07/2012 to 9/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $65,438.88 | Total Compensable Receipts: | $65,438.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,438.88 | Total Comp/Non Comp Receipts: | $65,438.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $409.52 | Total Compensable Disbursements: | $409.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $409.52 | Total Comp/Non Comp Disbursements: | $409.52 |
| Total Internal/Transfer Disbursements: | $65,029.36 | Total Internal/Transfer Disbursements: | $65,029.36 |

Page No: 3    Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-16952-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | ******5913 | | Checking Acct #: | ******3666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 9/8/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2012 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $65,029.36 | | $65,029.36 |
| 12/31/2012 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $87.06 | $64,942.30 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $102.73 | $64,839.57 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $87.04 | $64,752.53 |
| 03/05/2013 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/05/2013 FOR CASE #11-16952, Bond #016025390 | 2300-000 | | $102.72 | $64,649.81 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $89.95 | $64,559.86 |
| 04/23/2013 | 10102 | Leonard and Emma Dewoolfson | Payment of exempt portion of sale price per ct order dtd 8/1/12 DI 86 | 8100-002 | | $6,500.00 | $58,059.86 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $99.04 | $57,960.82 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $87.08 | $57,873.74 |
| 06/20/2013 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $57,873.74 | $0.00 |
| | | | **TOTALS:** | | $65,029.36 | $65,029.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $65,029.36 | $57,873.74 | |
| | | | Subtotal | | $0.00 | $7,155.62 | |
| | | | Less: Payments to debtors | | $0.00 | $6,500.00 | |
| | | | Net | | $0.00 | $655.62 | |

| For the period of 9/8/2011 to 9/17/2013 | | For the entire history of the account between 12/04/2012 to 9/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $65,029.36 | Total Internal/Transfer Receipts: | $65,029.36 |
| | | | |
| Total Compensable Disbursements: | $655.62 | Total Compensable Disbursements: | $655.62 |
| Total Non-Compensable Disbursements: | $6,500.00 | Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $7,155.62 | Total Comp/Non Comp Disbursements: | $7,155.62 |
| Total Internal/Transfer Disbursements: | $57,873.74 | Total Internal/Transfer Disbursements: | $57,873.74 |

**FORM 2**

Page No: 4    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-16952-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | ******5913 | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 9/8/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/17/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2013 |  | Rabobank, N.A. | Transfer Funds | 9999-000 | $57,873.74 |  | $57,873.74 |
| 08/02/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $93.41 | $57,780.33 |
|  |  |  | **TOTALS:** |  | $57,873.74 | $93.41 | $57,780.33 |
|  |  |  | Less: Bank transfers/CDs |  | $57,873.74 | $0.00 |  |
|  |  |  | Subtotal |  | $0.00 | $93.41 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | Net |  | $0.00 | $93.41 |  |

| For the period of 9/8/2011 to 9/17/2013 |  | For the entire history of the account between 06/20/2013 to 9/17/2013 |  |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $57,873.74 | Total Internal/Transfer Receipts: | $57,873.74 |
| Total Compensable Disbursements: | $93.41 | Total Compensable Disbursements: | $93.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.41 | Total Comp/Non Comp Disbursements: | $93.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-16952-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | ******5913 | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/8/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $65,438.88 | $7,658.55 | $57,780.33 |

**For the period of 9/8/2011 to 9/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $65,438.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,438.88 |
| Total Internal/Transfer Receipts: | $122,903.10 |
| | |
| Total Compensable Disbursements: | $1,158.55 |
| Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $7,658.55 |
| Total Internal/Transfer Disbursements: | $122,903.10 |

**For the entire history of the case between 09/08/2011 to 9/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $65,438.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,438.88 |
| Total Internal/Transfer Receipts: | $122,903.10 |
| | |
| Total Compensable Disbursements: | $1,158.55 |
| Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $7,658.55 |
| Total Internal/Transfer Disbursements: | $122,903.10 |

/s/ GARY F. SEITZ

GARY F. SEITZ

CLAIM ANALYSIS REPORT

Page No: 1        Exhibit C

| Case No.: | 11-16952-ELF | | | | | | | Trustee Name: | Gary F. Seitz |
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | | | | | | | Date: | 9/17/2013 |
| Claims Bar Date: | 04/30/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GARY F. SEITZ<br><br>Gellert Scali Busenkell & Brown, LLC<br>The Curtis Center<br>Suite 208 South, 601 Walnut Street<br>Philadelphia PA 19106 | 08/27/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,196.94 | $6,196.94 | $0.00 | $0.00 | $0.00 | $6,196.94 |
| | GARY F. SEITZ<br>601 Walnut<br>Ste 280 S<br>Philadelphia PA 19106 | 06/21/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $253.66 | $253.66 | $0.00 | $0.00 | $0.00 | $253.66 |
| EXE | LEONARD DEWOOLFSON<br>c/c Brad Sadek, Esquire<br>1315 Walnut Street  Suite 302<br>Philadelphia PA 19107 | 09/08/2011 | Exemptions | Allowed | 8100-000 | $0.00 | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Settled per court order dtd 8/1/12 DI 86. | | | | | | | | | | | |
| | RAWLE & HENDERSON LLP C/O GARY SEITZ | 08/27/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $6.55 | $6.55 | $0.00 | $0.00 | $0.00 | $6.55 |
| **Claim Notes:** | #106a - 08/08/2013 - Final Application for Compensation for Rawle & Henderson, LLP, Trustee's Attorney, Period: 2/16/2012 to 6/30/2013, Fee: $26,670.00, Expenses: $6.55. PENDING | | | | | | | | | | | |
| | RAWLE & HENDERSON C/O GARY SEITZ | 08/27/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $26,670.00 | $26,670.00 | $26,270.00 | $0.00 | $0.00 | $0.00 | $26,270.00 |
| **Claim Notes:** | #106a - 08/08/2013 - Final Application for Compensation for Rawle & Henderson, LLP, Trustee's Attorney, Period: 2/16/2012 to 6/30/2013, Fee: $26,670.00, Expenses: $6.55. PENDING - Agreed voluntary reduction of $400 per request of OUST. | | | | | | | | | | | |
| 8 | CLERK, BANKRUPTCY COURT | 08/27/2013 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | #103 - 05/23/2013 - Certification of Costs issued in the amount of $0.00 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No.: | 11-16952-ELF | | | | | | | | Trustee Name: | Gary F. Seitz |
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | | | | | | | | Date: | 9/17/2013 |
| Claims Bar Date: | 04/30/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 02/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $816.53 | $816.53 | $0.00 | $0.00 | $0.00 | $816.53 |
| Claim Notes: | PO Box 15102 Wilmington, DE 198865102 ---------- History: Details1-102/22/2012Claim #1 filed by FIA CARD SERVICES, N.A., Amount claimed: $816.53 (Wall, Debra) ---------- * * * Reviewed GFS | | | | | | | | | | | |
| 2 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 02/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,985.45 | $1,985.45 | $0.00 | $0.00 | $0.00 | $1,985.45 |
| Claim Notes: | PO Box 15102 Wilmington, DE 198865102 ---------- History: Details2-102/22/2012Claim #2 filed by FIA CARD SERVICES, N.A., Amount claimed: $1985.45 (Wall, Debra) ---------- * * * | | | | | | | | | | | |
| 3 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 02/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,837.04 | $3,837.04 | $0.00 | $0.00 | $0.00 | $3,837.04 |
| Claim Notes: | PO Box 15102 Wilmington, DE 198865102 ---------- History: Details3-102/22/2012Claim #3 filed by FIA CARD SERVICES, N.A., Amount claimed: $3837.04 (Wall, Debra) ---------- * * * Reviewed GFS | | | | | | | | | | | |
| 4 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 02/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,111.95 | $3,111.95 | $0.00 | $0.00 | $0.00 | $3,111.95 |
| Claim Notes: | PO Box 15102 Wilmington, DE 198865102 ---------- History: Details4-102/22/2012Claim #4 filed by FIA CARD SERVICES, N.A., Amount claimed: $3111.95 (Wall, Debra) ---------- * * * Reviewed GFS | | | | | | | | | | | |
| 5 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131 | 04/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $192.48 | $192.48 | $0.00 | $0.00 | $0.00 | $192.48 |
| Claim Notes: | By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131 ---------- History: Details5-104/22/2012Claim #5 filed by GE Capital Retail Bank, Amount claimed: $192.48 (SINGH, RAMESH) 9901/16/2013Transfer Agreement 3001 (e) 2 Transferor: GE Capital Retail Bank (Claim No. 5) To Midland Funding LLC Filed by Recovery Management Systems Corporation For GE Money Bank. (SINGH, RAMESH) ---------- * * * Reviewed GFS | | | | | | | | | | | |

Page No: 3      Exhibit C

CLAIM ANALYSIS REPORT

| Case No.: | 11-16952-ELF | | | | | | | Trustee Name: | | Gary F. Seitz | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | | | | | | | Date: | | 9/17/2013 | |
| Claims Bar Date: | 04/30/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson AZ 85712 | 04/24/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,457.25 | $1,457.25 | $0.00 | $0.00 | $0.00 | $1,457.25 |

**Claim Notes:** c/o Bass & Associates, P.C.  3936 E Ft. Lowell, Suite 200  Tucson, AZ 85712 -------------------------------------------------------------------------------------- History: Details6-104/24/2012Claim #6 filed by HSBC Bank Nevada, N.A., Amount claimed: $1457.25 (Sturgeon, Jill )  9710/30/2012Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada, N.A. (Claim No. 6) To Capital One, N.A. To Capital One, N.A.c/o Bass & Associates, P.C.3936 E. Ft. Lowell Road, Suite #200Tucson, AZ 85712 Filed by Capital One, N.A.. (Bass, Patti)  10104/19/2013Joint Transfer Agreement 3001 (e) 2 Transferor: Capital One, N.A. (Claim No. 6) To eCAST Settlement Corporation To eCAST Settlement Corporationc/o Bass & Associates, P.C.3936 E Ft. Lowell, Suite 200Tucson, AZ 85712 Filed by eCAST Settlement  Corporation. (Peek, Cathleen) --------------------------------------------------------------------------------* * * Reviewed GFS

| 7 | ALLSTATE INSURANCE COMPANY<br>Smith & Brink, P.C.<br>350 Granite Street, Suite 2303<br>Braintree MA 02184 | 05/31/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $2,470,528.80 | $2,470,528.80 | $0.00 | $0.00 | $0.00 | $2,470,528.80 |

**Claim Notes:** Smith & Brink, P.C.  350 Granite Street, Suite 2303  Braintree, MA 02184 -------------------------------------------------------------------------------------- History: Details7-105/31/2012Claim #7 filed by Allstate Insurance Company, Amount claimed: $2470528.80 (KING, RICHARD ) --------------------------------------------------------------------------* * * Reviewed GFS

| | | | | | | $2,521,556.65 | $2,521,156.65 | $6,500.00 | $0.00 | | $0.00 | $2,514,656.65 |

# CLAIM ANALYSIS REPORT

| Case No. | 11-16952-ELF | Trustee Name: | Gary F. Seitz |
| Case Name: | DEWOOLFSON, LEONARD AND DEWOOLFSON, EMMA | Date: | 9/17/2013 |
| Claims Bar Date: | 04/30/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $6.55 | $6.55 | $0.00 | $0.00 | $0.00 | $6.55 |
| Attorney for Trustee Fees (Trustee Firm) | $26,670.00 | $26,270.00 | $0.00 | $0.00 | $0.00 | $26,270.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Exemptions | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $11,400.70 | $11,400.70 | $0.00 | $0.00 | $0.00 | $11,400.70 |
| Tardy General Unsecured § 726(a)(3) | $2,470,528.80 | $2,470,528.80 | $0.00 | $0.00 | $0.00 | $2,470,528.80 |
| Trustee Compensation | $6,196.94 | $6,196.94 | $0.00 | $0.00 | $0.00 | $6,196.94 |
| Trustee Expenses | $253.66 | $253.66 | $0.00 | $0.00 | $0.00 | $253.66 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     11-16952-ELF
Case Name:    LEONARD DEWOOLFSON
              EMMA DEWOOLFSON
Trustee Name: Gary F. Seitz

|  |  |
|---|---:|
| Balance on hand: | $57,780.33 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $57,780.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gary F. Seitz, Trustee Fees | $6,196.94 | $0.00 | $6,196.94 |
| Gary F. Seitz, Trustee Expenses | $253.66 | $0.00 | $253.66 |
| RAWLE & HENDERSON c/o GARY SEITZ, Attorney for Trustee Fees | $26,270.00 | $0.00 | $26,270.00 |
| RAWLE & HENDERSON LLP C/o GARY SEITZ, Attorney for Trustee Expenses | $6.55 | $0.00 | $6.55 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $32,727.15 |
| Remaining balance: | $25,053.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $25,053.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $25,053.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,400.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | $816.53 | $0.00 | $816.53 |
| 2 | FIA CARD SERVICES, N.A. | $1,985.45 | $0.00 | $1,985.45 |
| 3 | FIA CARD SERVICES, N.A. | $3,837.04 | $0.00 | $3,837.04 |
| 4 | FIA CARD SERVICES, N.A. | $3,111.95 | $0.00 | $3,111.95 |
| 5 | Midland Funding LLC | $192.48 | $0.00 | $192.48 |
| 6 | eCAST Settlement Corporation | $1,457.25 | $0.00 | $1,457.25 |

|   | Total to be paid to timely general unsecured claims: | $11,400.70 |
|---|---|---|
|   | Remaining balance: | $13,652.48 |

Tardily filed claims of general (unsecured) creditors totaling $2,470,528.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | Allstate Insurance Company | $2,470,528.80 | $0.00 | $13,652.48 |

|   | Total to be paid to tardily filed general unsecured claims: | $13,652.48 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**